```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - X
                                             :
IN THE MATTER OF AN APPLICATION              :    ORDER
                                             :
FOR AN ORDER TO UNSEAL INDICTMENT            :    S2 07 Cr. 198
                                             :
- - - - - - - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Loyaan A. Egal;

It is found that Indictment S2 07 Cr. 198 is currently filed under seal and the United States Attorney's Office has applied to have that Indictment unsealed for purposes of assisting in extradition procedures; it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed.

Dated: New York, New York
       June 25, 2007

_____
UNITED STATE MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

JUN 2 5 2007