AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

## APPEARANCE

UNITED STATES OF AMERICA

V.

FERNEY LOPEZ-MUNOZ

Case Number: 07-198

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FERNEY LOPEZ-MUNOZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/26/2007 | _(signature)_ |
| Date | Signature |
| | Linda George          7041LG |
| | Print Name          Bar Number |
| | 505 Main Street, Suite 214 |
| | Address |
| | Hackensack      NJ      07601 |
| | City      State      Zip Code |
| | (201) 487-5225      (201) 487-8807 |
| | Phone Number      Fax Number |