UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    *Plaintiff,*

v.
                         CR NO:   07-198 (UA)

FERNEY LOPEZ-MUÑOZ

    *Defendant*

---

### DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND RIGHT TO COUNSEL

    The Defendant, Ferney Lopez-Muñoz does hereby invoke his right to remain silent as well as his right to counsel and to have counsel present at any and all times with respect to any and all questioning or interrogation, both here in the United States and extraterritorial, regardless of the subject matter, including, but not limited to, matters that may bear on or relate to his arrest, any searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or other such factors that may be relevant to sentencing, enhanced punishments, or otherwise applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest, conviction, appeals or other post-trial proceedings.

    This notice is made and filed due to the Defendant's present location at a foreign jail facility, specifically that of Combita, located at Kilometer 18 Via Tunja a Paipa, Boyaca, Colombia, and his distance from his attorney of record.

    The Defendant further requests that the U.S. Attorney ensure that this invocation of rights

is honored, by forwarding a copy of it to all law enforcement agencies regardless of whether they are of local or foreign government, or any judicial employees associated with the investigation of any matters relating to this defendant, regardless of whether or not such person is in the United States.

It is specifically demanded any contact with the Defendant must be made through the Defendant's lawyer, undersigned counsel.

> Respectfully submitted,
>
> _____
> LINDA GEORGE
> Attorney for Defendant, Ferney Lopez-Munoz
> 505 Main Street   Suite 214
> Hackensack, New Jersey  07601
> (201) 487-5225

DATED:  February 18, 2008

## CERTIFICATION OF FILING AND SERVICE

    I, Liliana Baez, do hereby certify that on this date a copy of the within Notice was filed with the Clerk of the Court using the CM/ECF system which will automatically send notification of same to the following:

Loyaan Egaal
Assistant United States Attorney
Office of the United States Attorney
for the Southern District of New York
1 Park Row
New York, New York 10007

*Liliana Baez*
Liliana Baez

Dated: February 18, 2008